UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Belinda Curtis, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:08-cv-104 |
| § | |
| Liberty Life Assurance Company of Boston, § | |
| *Defendant*. § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Belinda Curtis and defendant Liberty Life Assurance Company of Boston ("Liberty Life") hereby stipulate that the plaintiff's claims against Liberty Life in this matter be dismissed with prejudice.

Respectfully submitted,

BELINDA CURTIS

By Her Attorneys,
BRENNAN, CARON, LENEHAN & IACOPINO

DATED: April 20, 2009        By: /s/ William J. Quinn, Esq.
                                William J. Quinn, Esq.
                                Bar No. 10050
                                85 Brook Street
                                Manchester, NH 03104
                                (603)668-8300
                                e-mail: wquinn@bclilaw.com

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C0558459.1 }

-2-

                                        LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

                                        By Its Attorneys,
                                        SULLOWAY & HOLLIS, P.L.L.C.

DATED:  April 20, 2009                By:  /s/ William D. Pandolph, Esq.
                                                  William D. Pandolph, Esq.
                                                  Bar No. 5579
                                                  9 Capitol Street
                                                  P.O. Box 1256
                                                  Concord, NH 03302-1256
                                                  (603)224-2341
                                                  e-mail:  wpandolph@sulloway.com